NUMBER 13-06-606-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


TREYMAN GROUP, INC., ET AL., Appellants,


v.



RICK SUNDAY AND PATTI SUNDAY, Appellees.

___________________________________________________________________


On appeal from County Court at Law No. 5


of Hidalgo County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellants, TREYMAN GROUP, INC., ET AL., perfected an appeal from a judgment
entered by County Court at Law No. 5 of Hidalgo County, Texas, in cause number CL-05-0292-E. The clerk's record was filed on November 21, 2006. The reporter's record was
filed on December 6, 2006. Appellants' brief was due on January 5, 2007. To date, no
appellate brief has been received.

 When the appellant has failed to file a brief in the time prescribed, the Court may
dismiss the appeal for want of prosecution, unless the appellant reasonably explains the
failure and the appellee is not significantly injured by the appellant's failure to timely file a
brief. Tex. R. App. P. 38.8(a)(1).

 On January 12, 2007, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellants were given ten days to explain
why the cause should not be dismissed for failure to file a brief. To date, no response has
been received.

 The Court, having examined and fully considered the documents on file, appellants'
failure to file a proper appellate brief, this Court's notice, and appellants' failure to respond,
is of the opinion that the appeal should be dismissed for want of prosecution. The appeal
is hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Memorandum Opinion delivered and filed

this the 1st day of March, 2007